| | | |
|---|---|---|
| MARC WIDERSHIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 2:11-cv-20-GZS |
| | ) | |
| SANFORD SCHOOL DEPARTMENT, | ) | |
| ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON PENDING MOTIONS

Before the Court are Defendants' Objection to Plaintiff's Notice of Dismissal of Counts II & III (Docket # 9) and Plaintiff's Motion to Dismiss Federal Claims with Contingent Motion for Remand (Docket # 10). Having reviewed the parties' written submissions, along with the entire docket, the Court hereby GRANTS Plaintiff's Motion and DISMISSES Counts II & III pursuant to Federal Rule of Civil Procedure 41(a)(2).

Given the early stage of this litigation, which was filed in state court on December 23, 2010 and removed to this Court approximately three months ago, the Court does not see any measurable prejudice to Defendants in connection with this dismissal. Rather, the Court believes that all of the relevant factors support the Court exercising its discretion to dismiss Plaintiff's two federal claims. See Guptill v. Martin, 228 F.R.D. 62, 65 (D. Me. 2005) (listing the First Circuit's "typical factors" to be considered). In light of the procedural history of this dispute and the effort expended by Defendants in removing the matter, the Court does conclude that Counts II and III should be and hereby are DISMISSED WITH PREJUDICE in order to provide greater clarity on the forum for this action going forward. In the Court's view a dismissal with prejudice

is appropriate given the procedural history of this case and the effort expended by Defendants in removing the matter.

With nine state law claims remaining, the Court agrees with Plaintiff that there no basis for the Court to retain supplemental jurisdiction over these state law claims and, therefore, the nine remaining claims are hereby REMANDED.  See 28 U.S.C. § 1367(c)(3).

Given the Court's ruling on Plaintiff's Motion to Dismiss, the Court DENIES AS MOOT Defendants' Objection to Plaintiff's Notice of Dismissal (Docket # 9).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of March, 2011.